David Martinez, Bar No. 193183
DMartinez@RobinsKaplan.com
Zachary A. Cohen, Bar No. 316547
ZCohen@robinskaplan.com
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Attorneys for Plaintiff
PS 121, Inc. d/b/a Jess & Jane

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PS 121, Inc., a California corporation d/b/a Jess & Jane,<br><br>Plaintiff,<br><br>v.<br><br>Bluprint Clothing Corp., a California corporation; and DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-4002<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT** |

Plaintiff, PS 121, Inc., a California corporation d/b/a Jess & Jane ("Jess & Jane") hereby respectfully brings this declaratory judgment Complaint against Defendant, Bluprint Clothing Corp., a California corporation ("Defendant" or "Bluprint") and alleges as follows based on personal knowledge as to its own acts and information and belief as to the acts of others, as follows:

COMPLAINT

61954343.1

## NATURE OF ACTION

1. This is an action for declaratory judgment arising under the copyright laws of the United States, 17 U.S.C. § 101, *et seq.* Jess & Jane seeks a declaration that Jess & Jane has not infringed upon Defendant's claimed copyrights.

## JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) with respect to the claims arising under the Copyright Act, 17 U.S.C. § 101, *et seq.* and pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq.*

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because this is an action brought pursuant to the Copyright Act, Defendant conducts business in this District, and a substantial part of the events giving rise to the claims occurred in this District.

## THE PARTIES

4. Jess & Jane is a corporation organized under the laws of the State of California with its place of business located at 13021 S. Main Street., Los Angeles, CA 90061. Jess & Jane is in the wholesale apparel industry, selling, marketing and/or promoting clothing to retail establishments that sell to the public.

5. Bluprint is a corporation organized and existing under the laws of the State of California with a place of business at 6013 Randolph Street, Commerce, California 90040.

6. Defendant conducts business in the State of California and within this Judicial District. This Court has personal jurisdiction over Defendant.

## FACTUAL BACKGROUND

7. On or about April 5, May 12 and May 31, 2022, Defendant wrote Jess & Jane claiming that garments allegedly sold by Jess & Jane bear designs that allegedly infringe ("Accused Designs") on Defendant's alleged copyright in designs allegedly created by Defendant ("Defendant's Designs"). In that correspondence, Bluprint threatened litigation if Jess & Jane did not immediately contact Bluprint to

make a "settlement" payment.

8. More specifically, Defendant alleged that a garment bearing Jess & Jane's "Christmas in Paris" design infringed on Defendant's alleged copyright over its alleged "Black Paris Snow" design. As the Court can see from a side-by-side comparison of the Christmas in Paris and Black Paris Snow designs attached hereto as Exhibit A, they are not substantially similar in any protected expression.

9. Defendant further alleged that Jess & Jane sold a garment bearing a design that infringes on Defendant's alleged copyright over its alleged "Black Henna" design. These designs similarly bear no substantial similarity of protected expression, as shown in the side-by-side comparison attached hereto as Exhibit B. Further, Jess & Jane has not sold any garments bearing the design accused of infringing Defendant's alleged copyright over Black Henna.

10. As such, Jess & Jane is compelled to seek a declaration that Jess & Jane has not infringed Defendant's alleged rights in Defendant's Designs.

## COUNT I
## DECLARATION OF
## NON- INFRINGEMENT OF BLACK PARIS SNOW

11. Jess & Jane repeats and realleges each allegation contained in paragraphs 1 through 10 as if set forth in full herein.

12. An actual controversy has arisen and now exists between Jess & Jane and Defendant concerning whether Jess & Jane has infringed Defendant's alleged copyrights in Defendant's Designs.

13. Defendant's actions have interfered with Jess & Jane's business reputation, activities and relationships.

14. As such, Jess & Jane seeks a judicial determination of the parties' rights and duties with respect to Defendants' false allegations of infringement of Black Paris Snow.

61954343.1

15. A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights as determined by the Court.

## COUNT II
## DECLARATION OF
## NON- INFRINGEMENT OF BLACK HENNA

16. Jess & Jane repeats and realleges each allegation contained in paragraphs 1 through 15 as if set forth in full herein.

17. An actual controversy has arisen and now exists between Jess & Jane and Defendant concerning whether Jess & Jane has infringed Defendant's alleged copyrights in Defendant's Designs.

18. Defendant's actions have interfered with Jess & Jane's business reputation, activities and relationships.

19. As such, Jess & Jane seeks a judicial determination of the parties' rights and duties with respect to Defendants' false allegations of infringement of Black Henna.

20. A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights as determined by the Court.

**WHEREFORE**, Jess & Jane prays for a judgment against Defendant as follows:

A. For judgment declaring that Jess & Jane has not infringed Defendant's alleged rights in Defendant's Designs;

B. Awarding Jess & Jane's costs, expenses and reasonable attorneys' fees as permitted by law; and

C. Awarding Jess & Jane such other and further relief as the as the Court may deem just and proper.

## JURY DEMAND

Jess & Jane demands a trial by jury.

DATED: June 10, 2022         **ROBINS KAPLAN LLP**

By: /s/ David Martinez
    David Martinez
    Zachary A. Cohen

Attorneys for Plaintiff PS 121, Inc. d/b/a Jess & Jane

61954343.1

# EXHIBIT A

## BLUPRINT | ALLEGED JESS & JANE GARMENT




Exhibit A, Page 6

# EXHIBIT B

## BLUPRINT                              ## ALLEGED JESS & JANE GARMENT




Exhibit B, Page 7